DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MCCUTCHEON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1188

[August 12, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 95-21915CF10A.

Dane K. Chase of Chase Law Florida, P.A., Saint Petersburg, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and GERBER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***